UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

2019 MAR -7 PM 3: 47

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>ANDREW K. MITCHELL,<br><br>Defendant. | CASE NO. 2:19 cr 58<br>JUDGE Judge Sargus |

## SEALED MOTION TO SEAL INDICTMENT

Now comes the United States of America, by and through undersigned counsel, and respectfully requests that the Indictment in this case be sealed, as evidence in this case may be destroyed and the defendant and those involved in related cases may flee if they become aware of the investigation.

WHEREFORE, the United States respectfully requests that the Indictment be SEALED.

Respectfully submitted,

BENJAMIN C. GLASSMAN
United States Attorney

s/Jessica H. Kim
JESSICA H. KIM (0087831)
Assistant United States Attorney
303 Marconi Boulevard, Suite 200
Columbus, Ohio 43215
Office: (614) 469-5715
Fax: (614) 469-5653
E-mail: Jessica.Kim@usdoj.gov