United States District Court
Southern District of Ohio
Eastern Division at Columbus, Ohio

United States of America

-vs-                                                    Case No. 2:19-cr-53

Andrew K Mitchell

COURTROOM MINUTES
Initial Appearance

| U.S. Magistrate Judge Kimberly A. Jolson | | Date:   March 11, 2019 @ 1:30 p.m. | |
|---|---|---|---|
| Deputy Clerk | Jessica Rector | Counsel for Govt: | Jessica Kim |
| Court Reporter | CourtSmart | Counsel for Deft(s): | Mark Collins |
| Interpreter | | Pretrial/Probation: | |
| Log In | 1:30 p.m. | Log Out | 1:37 p.m. |

Defendant advised of rights, charges, and penalties.

Defendant has retained counsel.

Government seeks detention.

Detention Hearing set for 3/13/19 @ 2:30 p.m.

Oral motion by Government to unseal case is GRANTED.

Defendant remanded to USMS.