IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

UNITED STATES OF AMERICA,

        Plaintiff,　　　　　　　　　NOTICE
v.　　　　　　　　　　　　　　　　　Case No. 2:19-cr-53
　　　　　　　　　　　　　　　　　　CHIEF JUDGE SARGUS, JR.
ANDREW K. MITCHELL,

        Defendant.

**TAKE NOTICE** that a proceeding in this case has been RESET for the place, date, and time set forth below:

Place:  United States District Court　　　**COURTROOM #2**
　　　　Joseph P. Kinneary U.S. Courthouse
　　　　85 Marconi Boulevard　　　　　　　　**March 21, 2019 at 10:30 A.M.**
　　　　Columbus, Ohio 43215

TYPE OF PROCEEDING: **ARRAIGNMENT ON INDICTMENT and MOTION HEARING**

If Defendant is on bond, it is the responsibility of counsel to notify the defendant of the hearing, date, location and time.

　　　　　　　　　　　　　　　　　　**EDMUND A. SARGUS, JR.**
　　　　　　　　　　　　　　　　　　**UNITED STATES CHIEF DISTRICT JUDGE**

DATE:  March 19, 2019

　　　　　　　　　　　　　　　　　　  /s /   Christin M. Werner
　　　　　　　　　　　　　　　　　　(By) Christin M. Werner, Deputy Clerk