# CRIMINAL MINUTES

2:19-cr-53
USA v. Andrew K. Mitchell
(Custody)

## Arraignment on Indictment
## &
## Motion Hearing

**Hearing held on Thursday, 3/21/2019**
**10:30 a.m.**
**before Chief Judge Edmund A. Sargus, Jr.**

For Govt: Jessica Kim and Kevin Kelley

For Deft: Mark Collins and Kaitlyn Stephens

Court Reporter: Darla Coulter

Courtroom Deputy: Christin Werner

> Defendant entered a plea of not guilty to counts 1-7 and the forfeiture allegation of the Indictment.
> Trial scheduled for 5/20/2019 at 9:00 a.m.
> Motion Hearing continued. Defense counsel will notify the Court when they are ready to proceed.