UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

**UNITED STATES OF AMERICA,**

        **Plaintiff,**

v.

**ANDREW K. MITCHELL,**

        **Defendant.**

Case No. 2:19-cr-053
**CHIEF JUDGE EDMUND A. SARGUS, JR.**
**Magistrate Judge Kimberly A. Jolson**

## ORDER

This matter is before the Court for consideration of the Government's Motion for Protective Order for Documents Produced During Discovery. (ECF No. 19). The Government represents that it has "collected numerous financial records from banking institutions and other sources" which "contain sensitive and confidential information, including, but not limited to: bank statements, social security numbers, and other personal identification information." (*Id.*). Accordingly, the Government requests the Court issue a protective order mandating that any confidential information produced pursuant to its discovery obligations be used only for defense preparation. The Government contends the protective order would promote efficiency because "redaction of this information is unduly burdensome." (*Id.*). Defendant Andrew K. Mitchell does not oppose the Motion.

Pursuant to Federal Rule of Criminal Procedure 16(d)(1), the Court may restrict discovery or inspection. For good cause shown, the Government's Motion is **GRANTED**. (ECF No. 19). The Court hereby **ORDERS** that any confidential financial or personal identification information produced by the Government may only be used for the purpose of

defense preparation. In addition, this confidential information may only be distributed for the purpose of defense preparation.

**IT IS SO ORDERED.**

4-1-2019
DATE

EDMUND A. SARGUS, JR.
**CHIEF UNITED STATES DISTRICT JUDGE**