**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | : | |
| Plaintiff, | : | CASE NO: 2:19-cr-53 |
| v. | : | CHIEF JUDGE EDMUND A. SARGUS, JR. |
| **ANDREW K. MITCHELL,** | : | |
| Defendant. | : | |

**MOTION OF DEFENDANT ANDREW K. MITCHELL**
**TO CONTINUE MOTION DEADLINE, PRE-TRIAL CONFERENCE,**
**AND TRIAL DATE**

Now comes Defendant, Andrew K. Mitchell, by and through counsel, and hereby requests a continuance of the Motion deadline, Pre-Trial Conference, and Trial date. The reasons for said continuance are more fully stated in the attached Memorandum in Support.

Respectfully submitted,

/s/ Mark C. Collins
**MARK C. COLLINS (0061207)**
**KAITLYN C. STEPHENS (0095589)**
Mark C. Collins Co., LPA
492 S. High Street, 3rd Floor
Columbus, Ohio  43215
(614) 443-3100    (614) 443-3102-fax
mark@mcollinslaw.com
kaitlyn@mcollinslaw.com
*Attorneys for Defendant Andrew K. Mitchell*

## MEMORAUNDUM IN SUPPORT

Now comes the Defendant, Andrew K. Mitchell, by and through counsel and hereby requests a continuance of the deadline for motions, final Pre-Trial Conference, and Trial date. The Defendant hereby waives time and requests a continuance, due to the volume of discovery that has been recently provided. It will take some time for Defense Counsel to examine the total discovery packet and the continuance would allow interests of justice to be served. Assistant United States Attorney, Jessica H. Kim, is not opposed to said request.

Respectfully submitted,

/s/ Mark C. Collins
**MARK C. COLLINS (0061207)**
**KAITLYN C. STEPHENS (0095589)**
Mark C. Collins Co., LPA
492 S. High Street, 3rd Floor
Columbus, Ohio  43215
(614) 443-3100    (614) 443-3102-fax
mark@mcollinslaw.com
kaitlyn@mcollinslaw.com
*Attorneys for Defendant Andrew K. Mitchell*

## CERTIFICATE OF SERVICE

I hereby certify that on April 18, 2019, I electronically filed the Motion to Continue with Chief Judge Edmund A. Sargus, Jr., using the CM/ECF System, which will send notification of such filing to the following: Jessica H. Kim, Esq., and Kevin W. Kelley, Esq.

/s/ Mark C. Collins
**MARK C. COLLINS (0061207)**