# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# EASTERN DIVISION

**UNITED STATES OF AMERICA,**

        **Plaintiff,**           NOTICE

v.                                     Case No. 2:19-cr-53
                                       **CHIEF JUDGE SARGUS, JR.**

**ANDREW K. MITCHELL,**

        **Defendant.**

**TAKE NOTICE** that a proceeding in this case has been set for the place, date, and time set forth below:

Place:   United States District Court          **COURTROOM #2**
         Joseph P. Kinneary U.S. Courthouse
         85 Marconi Boulevard               **April 25, 2019 at 10:00 a.m.**
         Columbus, Ohio 43215

TYPE OF PROCEEDING: **ARRAIGNMENT ON SUPERSEDING INDICTMENT**
If Defendant is on bond, it is the responsibility of counsel to notify the defendant of the hearing, date, location and time.

                                       **EDMUND A. SARGUS, JR.**
                                       **UNITED STATES CHIEF DISTRICT JUDGE**

DATE:   April 18, 2019

                                       /s /   Christin M. Werner
                                       (By) Christin M. Werner, Deputy Clerk