IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

UNITED STATES OF AMERICA,

        Plaintiff,                      NOTICE

v.                                            Case No. 2:19-cr-53
                                                    CHIEF JUDGE SARGUS, JR.

ANDREW K. MITCHELL,

        Defendant.

**TAKE NOTICE** that a proceeding in this case has been **RESET** for the place, date, and time set forth below:

Place:  United States District Court         **COURTROOM #2**
         Joseph P. Kinneary U.S. Courthouse
         85 Marconi Boulevard              **April 25, 2019 at 9:00 a.m.**
         Columbus, Ohio 43215

TYPE OF PROCEEDING: **ARRAIGNMENT ON SUPERSEDING INDICTMENT**
If Defendant is on bond, it is the responsibility of counsel to notify the defendant of the hearing, date, location and time.

                                       **EDMUND A. SARGUS, JR.**
                                       **UNITED STATES CHIEF DISTRICT JUDGE**

DATE:   April 23, 2019

                                        /s /   Christin M. Werner
                                       (By) Christin M. Werner, Deputy Clerk