# CRIMINAL MINUTES

2:19-cr-53
USA v. Andrew K. Mitchell
(Custody)

## Arraignment on Superseding Indictment

## Hearing held on Thursday, 4/25/2019
## 9:00 a.m.
## before Chief Judge Edmund A. Sargus, Jr.

For Govt: Jessica Kim

For Deft: Mark Collins

Court Reporter: Darla Coulter

Courtroom Deputy: Christin Werner

    Defendant entered a plea of not guilty to counts 1-9 and the forfeiture allegation of the Superseding Indictment.
    Trial scheduled for 9/16/2019 at 9:00 a.m.