# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF OHIO
## EASTERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

v.

ANDREW K. MITCHELL,

    Defendant.

Case No. 2:19-cr-53
CHIEF JUDGE EDMUND A. SARGUS, JR.

## ORDER

This matter is before the Joint Motion to Continue the Trial Schedule. (ECF No. 30.) Under the current scheduling order, trial is set for September 16, 2019. (ECF No. 27.)

After reviewing the Motion, the Court concludes that failure to grant a continuance would deny the parties "the reasonable time necessary for effective preparation, taking into account the exercise of due diligence." See 18 U.S.C. § 3161(h)(7)(B)(iv). As such, the Court finds that "the ends of justice served by [continuing the trial] outweigh the best interests of the public and the defendant in a speedy trial." See id. § 3161(h)(7)(A). The delay caused by the continuance is properly excluded from the limits of the Speedy Trial Act. See id. § 3161(h).

Accordingly, the Joint Motion to Continue the Trial Schedule (ECF No. 30) is **GRANTED**, and the current trial date is **VACATED**. The Court will promptly issue a new scheduling order.

IT IS SO ORDERED.

8-26-2019
DATE

EDMUND A. SARGUS, JR.
CHIEF UNITED STATES DISTRICT JUDGE