## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF OHIO
## EASTERN DIVISION

**UNITED STATES OF AMERICA,**

|  |  |
|---|---|
| **Plaintiff,** | **NOTICE** |
| **v.** | **Case No. 2:19-cr-53** |
|  | **JUDGE SARGUS, JR.** |
| **ANDREW K. MITCHELL,** |  |
| **Defendant.** |  |

     **TAKE NOTICE** that a proceeding in this case has been set for the place, date, and time set forth below:

|  |  |
|---|---|
| Place: United States District Court | **CHAMBERS** |
| Joseph P. Kinneary U.S. Courthouse |  |
| 85 Marconi Boulevard | **March 13, 2019 at 10:00 a.m.** |
| Columbus, Ohio 43215 |  |

TYPE OF PROCEEDING: **Status Conference (COUNSEL ONLY)**


**EDMUND A. SARGUS, JR.**
**UNITED STATES DISTRICT JUDGE**

DATE:   March 9, 2020

    /s /   Christin M. Werner
(By) Christin M. Werner, Deputy Clerk