IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | : | |
| Plaintiff, | : | |
| | | CASE NO: 2:19-cr-53 |
| v. | : | |
| | | JUDGE EDMUND A. SARGUS, JR. |
| **ANDREW K. MITCHELL,** | : | |
| Defendant. | : | |

**MOTION OF DEFENDANT TO
CONTINUE TRIAL AND ALL SCHEDULING ORDER DATES**

Now comes Defendant, Andrew K. Mitchell, by and through Counsel, Mark C. Collins and Kaitlyn C. Stephens, who hereby requests a continuance of all the trial date, as well as all Scheduling Order dates. This motion is unopposed by the Government and the Defendant continues to waive time. Reasons for said request are more fully stated in the attached Memorandum in Support.

Respectfully submitted,

/s/ *Mark C. Collins*
**MARK C. COLLINS (0061207)**
Mark C. Collins Co., LPA
150 E. Mound St., Suite 308
Columbus, Ohio 43215
(614) 443-3100  (614) 413-3902-fax
mark@mcollinslaw.com

/s/ *Kaitlyn C. Stephens*
**KAITLYN C. STEPHENS (0095589)**
Mark C. Collins Co., LPA
150 E. Mound St., Suite 308
Columbus, Ohio 43215
(614) 443-3100  (614) 413-3902-fax
kaitlyn@mcollinslaw.com

*Attorneys for Defendant Andrew K. Mitchell*

## MEMORANDUM IN SUPPORT

As the Court is aware, Defense Counsel also represents Mr. Mitchell in *State of Ohio v. Andrew K. Mitchell,* case number 19 CR 1662; a murder charge, set in front of the Honorable Judge David C. Young, in the Common Pleas Court of Franklin County. Currently the State case is set to begin Trial on August 2, 2021.  The Government is in agreement with the above styled request, and supports this motion.  Defendant by and through Counsel hereby again waives speedy trial rights in the above style case.

Respectfully submitted,

/s/ *Mark C. Collins*
**MARK C. COLLINS (0061207)**
Mark C. Collins Co., LPA
150 E. Mound St., Suite 308
Columbus, Ohio  43215
(614) 443-3100    (614) 413-3902-fax
mark@mcollinslaw.com

/s/ *Kaitlyn C. Stephens*
**KAITLYN C. STEPHENS (0095589)**
Mark C. Collins Co., LPA
150 E. Mound St., Suite 308
Columbus, Ohio  43215
(614) 443-3100    (614) 413-3902-fax
kaitlyn@mcollinslaw.com

*Attorneys for Defendant Andrew K. Mitchell*

## **CERTIFICATE OF SERVICE**

I hereby certify that on June 10, 2021, I electronically filed the Motion to Continue with Judge Edmund A. Sargus, Jr., using the CM/ECF System, which will send notification of such filing to the following: Kevin W. Kelley, Esq.

/s/ *Mark C. Collins*
**MARK C. COLLINS (0061207)**

/s/ *Kaitlyn C. Stephens*
**KAITLYN C. STEPHENS (0095589)**