## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF OHIO
## EASTERN DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | : | |
| | : | |
| **Plaintiff,** | : | **CASE NO: 2:19-cr-53** |
| | : | |
| **vs.** | : | **CHIEF JUDGE EDMUND A. SARGUS** |
| | : | |
| **ANDREW K. MITCHELL,** | : | |
| | : | |
| **Defendant.** | : | |

## MOTION TO CONTINUE TRIAL DATE AND
## SCHEDULING ORDER DATES

Now comes Defendant, Andrew K. Mitchell, by and through Counsel, Mark C. Collins and Kaitlyn Stephens, who hereby requests a continuance of the trial date, as well as all Scheduling Order dates. This motion is unopposed by the Government and the Defendant continues to waive time. Reasons for said request are more fully stated in the attached Memorandum in Support.

Respectfully submitted,

/s/ *Mark C. Collins*
**MARK C. COLLINS (0061207)**
**KAITLYN C. STEPHENS (0095589)**
Mark C. Collins Co., LPA
150 E. Mound St., Suite 308
Columbus, Ohio  43215
(614) 443-3100
(614) 413-3902-fax
mark@mcollinslaw.com
*Attorney for Andrew K. Mitchell*

/s/ *Kaitlyn C. Stephens*
**MARK C. COLLINS (0061207)**
**KAITLYN C. STEPHENS (0095589)**
Mark C. Collins Co., LPA
150 E. Mound St., Suite 308
Columbus, Ohio  43215
(614) 443-3100
(614) 413-3902-fax
mark@mcollinslaw.com
*Attorney for Andrew K. Mitchell*

## **MEMORANDUM IN SUPPORT**

As the Court is aware, Defense Counsel also represents Mr. Mitchell in State of Ohio v. Andrew K. Mitchell, case number 19 CR 1662, in front of the Honorable Judge David C. Young, in the Common Pleas Court of Franklin County.  Trial commenced for that case on April 4th, 2022. On April 18th, 2022, the jury returned a hung verdict, and a mistrial was declared. A new trial date for the Common Pleas case has not yet been determined.

Since Mr. Mitchell's Common Pleas case should precede his Federal case, Defense Counsel respectfully requests a continuance of the trial date before this Court, as well as all Scheduling Order dates. The Government is in agreement with this request. Defendant, by and through Counsel, hereby again waives speedy trial rights in the above-styled case.

## **CERTIFICATE OF SERVICE**

I hereby certify that on April 28, 2022, I electronically filed the foregoing Motion using the CM/ECF System, which will send notification of such filing to the following:  Kevin W. Kelley, Esq.

/s/ Mark C. Collins
**MARK C. COLLINS (0061207)**

/s/ *Kaitlyn C. Stephens*
**KAITLYN C. STEPHENS (0095589)**