# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF OHIO
### EASTERN DIVISION

UNITED STATES OF AMERICA,

        Plaintiff,                    **NOTICE**

v.                                         Case No. 2:19-cr-53

                                             **JUDGE SARGUS, JR.**

**ANDREW K. MITCHELL,**

        Defendant.

**TAKE NOTICE** that a proceeding in this case has been set for the place, date, and time set forth below:

Place:  United States District Court
         Joseph P. Kinneary U.S. Courthouse
         85 Marconi Boulevard        **June 22, 2023 at 10:00 A.M.**
         Columbus, Ohio 43215

TYPE OF PROCEEDING: **Telephone Conference**

**TAKE NOTICE** that a Telephone Conference will be held before the Honorable Edmund A. Sargus, Jr. on **June 22, 2023 at 10:00 a.m.** The parties are directed to call **888-684-8852** and enter the access code **9586353#** and the conference security code 5300.

                                                **EDMUND A. SARGUS, JR.**
                                                **UNITED STATES DISTRICT JUDGE**

DATE:  June 16, 2023

                                                   /s /   Christin M. Werner
                                                  (By) Christin M. Werner, Deputy Clerk