# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO
# EASTERN DIVISION

**UNITED STATES OF AMERICA,**

      **Plaintiff,**         Case No. 2:19-cr-53

v.         JUDGE EDMUND A. SARGUS, JR.

**ANDREW K. MITCHELL,**

      **Defendant.**

## ORDER

On June 22, 2023, the Court held a telephone status conference; all parties were represented at the telephone conference. For the reasons stated on the record, the Court hereby permits the parties to file: (1) a motion to continue the trial data and attendant deadlines and (2) a proposed scheduling order reflecting a new trial date of **January 8, 2024**.

**IT IS SO ORDERED.**

**6/22/2023**         **s/Edmund A. Sargus, Jr.**
**DATE**         **EDMUND A. SARGUS, JR.**
       **UNITED STATES DISTRICT JUDGE**