**IN THE UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF OHIO**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | : | |
| | : | |
| **Plaintiff,** | : | **CASE NO: 2:19-cr-53** |
| vs. | : | |
| | : | **JUDGE EDMUND A. SARGUS, JR.** |
| **ANDREW K. MITCHELL,** | : | |
| | : | |
| **Defendant.** | : | |

**MOTION TO CONTINUE TRIAL DATE AND**
**REQUEST TO SET NEW SCHEDULING ORDER DATES WITH COUNSEL**

 Now comes Defendant, Andrew K. Mitchell, by and through Counsel, Mark C. Collins and Kaitlyn Stephens, who hereby requests a continuance of the trial date, and to allow all parties to select new Scheduling Order dates. This motion is unopposed by the Government and the Defendant continues to waive time. Reasons for said requests are more fully stated in the attached Memorandum in Support.

        Respectfully submitted,

        /s/ *Mark C. Collins*
        **MARK C. COLLINS (0061207)**
        **KAITLYN C. STEPHENS (0095589)**
        COLLINS & STEPHENS CO.,LPA
        150 E. Mound St., Suite 308
        Columbus, Ohio  43215
        (614) 443-3100
        (614) 413-3902-fax
        mark@mcollinslaw.com
        kaitlin@mcollinslaw.com
        *Attorneys for Defendant, Andrew K. Mitchell*

## **MEMORANDUM IN SUPPORT**

The parties jointly request scheduling a continuance, so all parties can meet to select a new Scheduling Order that will allow an effective schedule based on both the Government's and the Defense's availability. The Government is in agreement with this request. Defendant, by and through Counsel, hereby again waives speedy trial rights in the above-styled case.

## **CERTIFICATE OF SERVICE**

I hereby certify that on June 22, 2023, I electronically filed the foregoing Motion using the CM/ECF System, which will send notification of such filing to the following: Assistant U.S. Attorney, Kevin Kelly.

/s/ Mark C. Collins
**MARK C. COLLINS (0061207)**

/s/ Kaitlyn C. Stephens
**KAITLYN C. STEPHENS (0095589)**