# CRIMINAL MINUTES

2:19-cr-53
USA v. Andrew K. Mitchell
(Custody)

## Lafler Hearing
### held on Tuesday, November 28, 2023 at 3:00 p.m. before Judge Edmund A. Sargus, Jr.

For Govt: Kevin Kelley and Noah Litton

For Deft: Mark Collins and Kaitlyn Stephens

Court Reporter: Crystal Hatchett

Courtroom Deputy: Christin Werner

Lafler hearing held. Defendant wishes to proceed to trial on January 8, 2024.