# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF OHIO
## EASTERN DIVISION

**UNITED STATES OF AMERICA,**

       **Plaintiff,**                                       <u>NOTICE</u>

**v.**                                                     Case No. 2:19-cr-53
                                                               **JUDGE SARGUS, JR.**

**ANDREW K. MITCHELL,**

       **Defendant.**

**TAKE NOTICE** that a proceeding in this case has been set for the place, date, and time set forth below:

Place:  United States District Court             **COURTROOM #311**
          Joseph P. Kinneary U.S. Courthouse
          85 Marconi Boulevard                 **December 7, 2023 at 2:15 p.m.**
          Columbus, Ohio 43215

TYPE OF PROCEEDING: **Change of Plea**

If Defendant is on bond, it is the responsibility of counsel to notify the defendant of the hearing, date, location and time.

                                                 **EDMUND A. SARGUS, JR.**
                                               **UNITED STATES DISTRICT JUDGE**

DATE:  December 5, 2023

                                                  /s/   Christin M. Werner
                                              (By) Christin M. Werner, Deputy Clerk