# **CRIMINAL MINUTES**

2:19-cr-53
USA v. Andrew K. Mitchell
(Custody)

## Change of Plea
### held on Thursday, December 7, 2023 at 2:15 p.m.
### before Judge Edmund A. Sargus, Jr.

For Govt: Kevin Kelley and Noah Litton

For Deft: Mark Collins and Kaitlyn Stephens

Court Reporter: Crystal Hatchett

Courtroom Deputy: Christin Werner

The defendant changed his plea to guilty to counts 1, 2 and 8 of the superseding indictment.
PSI Ordered.