Your Honor Judge Edmund A Sargus,

I am writing to provide a character reference for Andrew K Mitchell, known to us as Andy. I have known Andy for 9 years and had the opportunity to observe his character and unwavering commitment to his family and friends.

Andy and his wife did the unthinkable when my husband and I could not. December 2015, I received a call from Franklin County Children Services that my niece's child, who was 3 months old was being placed into Foster Care unless a family member stepped forward for her placement. My husband and I made arrangements to get my great-niece Kamryn Morgan with the understanding that this was a temporary placement. Unfortunately, we quickly learned that this temporary placement would become a permanent placement. While we love her dearly and wanted to keep her with our immediate family, we were not in a situation to do so on a permanent basis.

I reached out to the Mitchell's, as I knew that having their family complete with a child was something they always desired. March of 2016, Andy and Tanya came over for an introduction of Kamryn, who was this precious 6-month-old baby born to an addictive mother a absent father and was experiencing Opiate withdrawals. Kamryn cried which seemed like 12 hours throughout the day, which we later learned was a symptom from her withdrawals. She would not let anyone with the exception of me hold and comfort her until Andy. Not only did Kamryn stop crying but she placed her hand on his check and starred into his eyes, giving us confirmation that she was going to be okay.

Andy has been a missing component from his family, and I ask Your Honor, that given the chance to reunite with his family he will take the pro-active steps towards remorse, rehabilitation, ownership and self-improvement. I believe this because I don't believe I placed my precious Kamryn with someone who is not a good person. Andy is a good person and took her into his family as his daughter Kamryn Morgan-Mithcell.

Thank you for considering my perspective of Andrew K Mitchell "Andy".

Sincerely,

Melony Ross

Dear Judge Edmund A Saugus.                                    March 6, 2024

   My name is Jeffrey Ackley. I am contacting you in reference to Andrew Mitchell (Andy). I am a retired Police Officer from the Columbus, Ohio Division of Police. I started with CPD in 1989 and retired in 2021. I completed over thirty-one years of service before retiring. I have known of Andy soon after starting my career and started working directly with Andy in 2012 as a Vice Detective. Andy was the experienced detective that I was assigned to, to train me in my new assignment. I worked closely with Andy for the next three weeks to include shadowing him during training. Andy was an excellent detective and did a terrific job while instructing me on the do's and don't's of the assignment. The instruction was very straight forward and educational at the same time due to the nature of the job. I grew lots of respect for Andy due to the training and perspective I received as this job was much different then other jobs on the Police Dept. Andy eventually left the unit and went on to become a Homicide Detective. While Andy was a Homicide detective, I never heard one bad thing about his time in that unit. Several years later, Andy would return to the Vice unit and ironically I would train Andy as to the changes in the Vice unit since he left. Throughout our time in Vice, Andy was my partner on several assignments. I trusted this man with my life. We could do anything together and I never doubted anything he did. He was trustworthy and I could always depend on him to assist me while serving search warrants in which I was the affiant.

   Andy would always talk about his wife and adopted daughter. I know he worked very hard to provide for his family. He always talked about wanting the best for them. Andy was also a landlord for several properties during his off time. He did much of the maintenance himself and also used to help other officers he worked with, with maintenance issues at their own homes. If I had to find one negative to say about Andy, it was just the overall hours he worked between both jobs. I could never work as much as he did. Andy always wanted to be a successful man regardless of which job he was doing.

   One day, Andy is going to be released. I have absolutely no doubt that due to Andy's work ethic, he will become once again a successful man. I sincerely doubt Andy will ever need assistance to get on his feet again. As a matter of fact, Knowing Andy the way I do, Im sure he is very anxious to start the next chapter of his life. I know Andy and I know you will never hear from this man again. No way and no how. Andy knows that myself and the countless friends he has to include many many Officers on CPD will always be there to help him with ANYTHING he needs. Andy will have an incredible support system behind him and this doesn't include the support system he will have waiting for him when he gets home from his wife Tonya and his daughter. This man cannot fail and will not fail.

   If you have any questions for me, please do not hesitate to contact me,

Jeff Ackley

March 18, 2024

Honorable Judge Edmund A. Sargus
United States District Court
Southern District of Ohio
85 Marconi Blvd. Room 301
Columbus, Ohio 43215

Judge Sargus

    I am writing this letter on behalf of Retired Officer Andrew Mitchell. I am a Commander with the Columbus Division of Police. I have been with the Division for 28 years. I had the pleasure of working alongside him for over 20 years and can attest to his excellence as an officer and detective who served the citizens of Columbus.

    Andy possesses several remarkable traits such as being kind, caring, loving, hardworking, and humble. One incident should not define his entire life and the contribution he has made in serving the community as a police officer.

    I have witnessed firsthand Andy's kindness and caring demeanor when he allowed an elderly woman to use his personal vehicle, to move her property to another apartment after she had been evicted. What's significant about that good deed is that you could tell that the woman had no other means to move the items and no means to give Andy anything in return. The compassion he showed for this woman and her situation is a piece that most officers are missing.

    Andy has a wife, daughter, and extended family, and friends who stand ready to support and encourage him after his release.

    Thank you for taking the time to read this letter. I am available to answer any questions you might have and I hope this letter will impact how you look at Andy Mitchell.

Sincerely,

/s/ Melissa O. McFadden

Commander Melissa O. McFadden, Esq.
203 East Broadway #209
Granville, Ohio 43023
(614) 402-9584

Dear Judge, Sargus

My name is Thelma Ruggs and I have known Andrew Mitchell since 2016. I became acquainted with Andy and his wife Tanya, because of the generous and unselfish gift they gave my family and I, of becoming parents to my Great Grand Daughter at the time she was six months old.

Judge, Sargus I can only speak to what I know and that is after meeting Kamryn my Great Grand Daughter, this man and his wife loved Kamryn unconditionally. They accepted and treated her as if they were the couple who were her blood parents.

Andy has been opened and honest about his legal issues. He has also shed tears. He showed genuine regret and absolute remorse.

The man I have come to know is a loving husband and father, who has missed his family immensely. I know Andy regrets anything that has taken him from his family.

Thank you, Your Honor, for allowing me to be able to say what I know about Andrew. Please know I will continue to support Andy and his family in any way I can, as they have become my family.


Respectfully,



Thelma Ruggs

Dear Judge Edmund A. Saugus,

    I am Andrew K. Mitchell's eldest sister. Even though I had lived in Massachusetts for 48 years, I am very close to my family and have always come home multiple times a year to spend quality time with my parents and siblings. We grew up together in a house my father built in Delaware and frequently all get together to share Sunday dinner together as a family. Over the years, my 3 children would spend much of the summer in Ohio. They have great childhood memories of Andy, as my youngest brother and "fun uncle". He is a great Uncle and has always maintained a consistent and positive relationship with my children, especially my two older sons throughout their childhood and now adult lives.

    My father was a pillar of the community and Andy followed in his footsteps. Dad owned a carwash and built and managed housing for many in the largely lower-to-middle class region of Delaware. He marched in the civil rights movement along side the leaders of the time, and was known as a man who would selflessly help others in the community who were less well off. He set a positive example for us all to live a kind and generous life and to respect and help people of all colors and classes. Andy, like many others in my extended family went to college and became a police officer and like his father owned and managed housing. Dad loved big family gatherings and Andy hosted many for the family. Thanksgiving is our favorite Holiday. It brings 60-100 people together to celebrate. I have always felt that we have been blessed with a large and strong family culture.

    In 2016, Andy and his wife Tanya adopted a beautiful two year old, Cam, and for the first time became a father. Cam is around the same age of my eldest grandson Ander and the two have been fast friends from the start. Andy, up until his arrest had been a great father and strived to raise a good person as my father raised his children. It breaks my heart to this day to think about Cam growing up without her father for these past years.

    Our family will wholeheartedly support my brother when he returns home. My mother is 88 and our father passed in 2019. Our family has been riding an emotional rollercoaster. The past five years we have stuck together to support him.

    Please keep in mind Andy is a father, husband, son, brother, uncle, and great uncle to my grandchildren. Andy was raised with strong family values, and we all love him very much. While I wholeheartedly respect the justice system, the legal process, and the decision of the courts, I truly hope that we can soon have my brother back and our family made whole again.

Respectfully,

Debra E. Chapman
67 Long Pond Circle
Centerville, MA 02632
508-776-4133

March 6, 2024

To The Honorable Judge Edmund A. Sargus Jr,

Hello, my name is Judith "Judy" L. Mitchell, I am writing to you in support of my Brother, Andrew "Andy" K. Mitchell. I am one of Andy's 3 older sisters, but the youngest of the three. Andy has accepted a plea deal so that he can be near his family and back with us as soon as possible. A trial would have most likely taken more time and he has already served 5 years as "innocent until proven guilty or not guilty". Awaiting a trial may have taken even longer.

Andy is a hard-working person with a big heart who would not harm anyone at any time. He was raised with great morals and work ethic. The 31 years at the Columbus Police Department and all the extra time and effort he put into his job reflects that. A job where one will risk their life for others and deal with much hate and many accusations along the way. Andy held a real estate license and also worked hard with his rental properties. He had a soft spot for those less fortunate than him. He showed a lot of heart and generosity to his tenants when they couldn't pay their rent, a trait he inherited from our Dad who also had the same heart and generosity towards tenants who were less fortunate.

Growing up, Andy and I played together a lot, from riding our bikes, swimming, playing in the woods, baseball/basketball and other sports. We even split the newspaper route so we both could earn money. When Dad bought his car wash business, Mitchell's Car Wash, we would ride our bikes 7 miles to the car wash just for fun and with the hope to work and earn some tips. As we grew older, working at the car wash became our jobs through high school and college, hand washing and detailing vehicles. Our parents sent us to St. Mary Catholic School the first 8 years where Andy also served as an Altar Boy for the church. He played many team sports including high school football at Hayes High School, until a season ending knee injury. He still has many friends from school that he grew up with and has maintained their friendships. Andy is a graduate of The Ohio State University and Columbus Police Academy.

Our Dad was with us until January 2019 and Mom is still with us at 88 years young, born July 2nd, 1935. They were married for 65 years before Dad passed away. Mom works hard at maintaining her health with hope and prayers to soon see and embrace Andy again. Andy was taught that Family is important and we are here to support him in any way that we can upon his release. He has Mom and four Siblings, three older sisters and an older brother to turn to if and as needed. As well as a Wife, Daughter

(whom he intends to adopt) and Mother-in-Law for support. He has the knowledge and tools to be employed again and needs to be home to financially support his family and raise his daughter as she is 8 years old now and misses him very much. We all miss Andy and miss having him here with us. Andy will work hard and do what is asked of him by the Court, he will follow all guidelines imposed upon him. We will all be here to support and help him with anything he needs or is required of him.

Please consider releasing Andy back to his Family and the community as soon as time allows where he can be a positive influence on others and continue to support his Family. Please know that he will have all the support needed from me, his family and close friends that have been there for him throughout his life. Thank you for your time Judge Sargus.

Respectfully,
**Judith L. Mitchell**
Judy Mitchell
jlm523@frontier.com
740-815-5027
447 N. Liberty Street
Delaware, OH 43015

April 10, 2024

The Honorable Edmund A. Sargus

United States District Court

Southern District of Ohio

85 Marconi Blvd., Room #301

Columbus, Ohio 43215

Dear Judge Sargus,

My name is Tanya McLymont-Mitchell. I am writing this letter in reference to Andrew K. Mitchell (Andy), my husband of 25 years this September.  We met in 1994 when he was a detective with the Columbus Police Department and I was in college. I immediately connected to his calming, generous, ambitious nature. Andy constantly made life better for his family, friends, tenants and me. He did so by offering his time, skills, or finances without expecting something in return. No one could foresee a lapse in judgment resulting in a criminal offense.

My mother often speaks of Andy's generosity and compassion. When she fell and broke her hip in 2019, she moved into our home. Prior to living in our home my mother lived in his rental property for over 20 years. She was not able to afford a safe place to live so she moved into one of his units at a reduced rate.

My mother isn't the only tenant who would sing Andy's praises. Many of them have shared stories of how helpful he has been to them. Andy takes pride in maintaining rental properties, providing affordable housing for those in need. He learned the business from his father and followed in his footsteps. I tend to think the tenants take

advantage of Andy's kindness but I know he "picks his battles," choosing patience instead. Again, like his father.

Andy and I struggled with fertility issues for several years. We went through rounds of artificial insemination and were close to adopting twice. The adoptions were not successful due to the birth mothers deciding to either keep the child or terminate the pregnancy. I had given up on the thought of parenthood but when we were approached by an acquaintance with the possibility of adopting her great niece, it was Andy who wanted to accept. He is the youngest of five children and comes from a large, close-knit family. Despite my reluctance, I knew how much Andy wanted to be a father and how good of a father he would be, I relented. We are now the "late in life" parents of 8 year old Kamyrn.

Kamryn joined our family in July, 2016. Andy was working in Homicide, which required a great deal of overtime. When a position in the Vice Unit became available he transferred so that he could commit more time to our family. Kamryn spent a great deal of time with Andy prior to his arrest. He got her ready in the mornings, took her to and from preschool, and with him to the rental units. He taught her how to paint and do other tasks at the rentals.

Andy accepts responsibility and is focused on being a law-abiding citizen. We speak often of how he plans to rebuild his life and contribute to society. He is particularly looking forward to being a physical presence in Kamryn's life as her adoring father. Andy's dedication, patience and compassion have led to strong family ties and decades of friendships. His support system will continue to surround him with love and encouragement upon release. I have discussed family therapy for Andy, Kamryn and me to further support his reintegration back into the family home.

I hope the court takes this letter into consideration at the time of sentencing.

Respectfully,

Tanya McLymont-Mitchell

Dear Judge Edmund A. Sargus,

I have been asked to write a character reference letter for my friend Andy Mitchell. I am humbled to do so.

In September, 1982 I moved in to Haverfield House dormitory, 2nd floor, on the campus of The Ohio State University as a Freshman. In the very next room, I met a skinny African-American teen named Andy Mitchell. Him and his roommate, Jeff "Bones" Howell were very nice boys from Delaware, Ohio.

I can remember one of my first conversations with Andy. It was about music. Years earlier I had become obsessed with top 40 music and not ashamed to say the disco era as well. I even brought vinyl records and a turntable to college. For some reason I had mentioned the funk song "Flashlight" by Parliament to Andy and he was astonished that a white boy like me knew that song. We became instant friends!

I wish I could say that we had deep, meaningful conversations throughout our relationship but that wasn't really who we were. We just enjoyed each other's company. I lost count of the number of OSU football games and Blue Jackets hockey matches that we attended together. Andy has always been a loyal friend. In fact, I always refer to him as my "best friend" from college. It was never easy for me to make new friends and I had already had a "best friend" from high school.

Through different circumstances, we ended up both delaying our college graduation until Fall 1986. I was so proud of him entering the Police Academy and becoming a Columbus police officer. He wanted to serve his Central Ohio community as that same community had supported his family's Car Wash operation in Delaware over many decades.

I remember Andy inviting me on a "ride-along" when working the required 5 years as street officer before making Detective. For a Friday night, it wasn't very busy, but I do remember him stopping the squad car, getting out and helping an elderly person cross a street at night in the 12th precinct.

During our trips down Lane Avenue to The Ohio Stadium for football games, I felt the love that all officers had for each other as we would stop and talk to many of them.

It really wasn't until these last five years, that Andy and I had talks about our faith through video calls and phone calls at the prisons. I learned how he valued his Christian faith and had been raised in that environment by his mom and dad. I wanted to share an experience with Andy while he was in prison, so I came up with an idea after buying him a couple of meals through an online service. I would have him find someone who would be blessed by one of these online meals and then I would buy meals for both Andy and the person he chose. This always led to a great story of appreciation from the recipient.

In summary, I would say that Columbus was made a little safer through Andy's 28 years of service as an Officer/Detective. He almost made it to retirement before these unfortunate circumstances occurred.

I know he misses his wife, Tanya and adopted daughter, Cam, like crazy and can't wait to be reunited with them. It has been even more heartbreaking because Cam's adoption was newly formed around the time of Andy's incarceration in 2019.

Andy Mitchell is one of my most loyal and wonderful friends.

Thank you for this opportunity!


Jeff McGuire
March 11, 2024

March 4, 2024

Dear Judge Edmund Sargus Jr.

I am writing to you on behalf of my son Andrew K. Mitchell.

Andrew is my youngest child out of five and grew up in Delaware Ohio.

He went to Ohio Wesleyan Nursery School and to St. Mary Catholic and Hayes High School.

In grade school he had a Dispatch Paper delivery route in the country which he delivered papers on his bicycle. He was an altar Boy. He played basket ball in grade school. They had a team. I always got good reports from his teachers.

In High School he was on the football team and worked in the family business. He got good grades and was an active teenager.

We were very proud of him when he graduated from The Ohio State University and The Columbus Police Academy.

We sold him his first rental property and that was how he started into the rental business. He worked extra jobs and helped a lot of people. He always had respect for all his jobs.

We always got together on birthdays and holidays and I miss him very much.

I love him, and if he needs anything I will be there for him.

His brother and sisters all miss him and love him.

We are a loveing family and we are all close. No resentment or disagreements among us.

I need Andrew home. I need to hold him in my arms and I stand behind him with love.

Respectfully
Thelma L. Mitchell
4477. Liberty St.
Delaware Ohio
43015