UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

UNITED STATES OF AMERICA,
    Plaintiff,

v.                                          Case Number 2:19-cr-53
                                          Judge Edmund A. Sargus, Jr.

ANDREW K. MITCHELL,
    Defendant.

# Sentencing
# May 9, 2024
# before Judge Edmund A. Sargus, Jr.

For Plaintiff: Kevin Kelley and Noah Litton
For Defendant: Mark Collins and Kaitlyn Stephens
Court Reporter: Crystal Hatchett
Courtroom Deputy: Christin Werner

The defendant is sentenced as follows:
132 months imprisonment on counts 1, 2 and 8 to run concurrently.
5 years supervised release on counts 1 and 2, and 3 years supervised release on Count 8, to run concurrently.
$300 special assessment.
Restitution held in abeyance for 30 days.
Forfeiture Ordered.
Counts 3-7 and 9 are dismissed.